| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 19-10110-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Fri Mar 29 07:33:20 EDT 2019 | AES/CIT ED<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | AT&T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Accelcare<br>PO Box 92878<br>Dept 385<br>Rochester, NY 14692-8978 | Allen County Treasurer<br>1 East Main Street Suite 104<br>Fort Wayne IN  46802-1888 | Allen County Treasurer<br>1 East Main Street, Room 100<br>Fort Wayne, IN 46802-1804 |
| Allied Hospital Pathologist<br>4245 Reliable Parkway<br>Chicago, IL 60686-0042 | Allied Imaging<br>P.O. Box 11556<br>Fort Wayne, IN 46859-1556 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Americollect<br>PO Box 1505<br>Manitowoc, WI 54221-1505 | Darren R. Barney<br>11212 Knollton Run<br>Fort Wayne, IN 46818-8522 | Sarah E. Barngrover<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| Beckman Lawson, LLP<br>201 West Wayne Street<br>Fort Wayne, IN 46802-3605 | Brian Heck<br>201 West Wayne St<br>Fort Wayne, IN 46802-3605 | CBCS<br>P.O. Box 163333<br>Columbus, OH 43216-3333 |
| Capital One Auto Finance<br>a division of Capital One, N.A. Dept<br>AIS Portfolio Services, LP<br>Account: XXXXXXXX0379<br>4515 N Santa Fe Ave, Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Collection Service Bureau<br>PO Box 310<br>Scottsdale, AZ 85252-0310 |
| Collections Practice Group<br>201 West Wayne Street<br>Fort Wayne, IN 46802-3605 | Day Knight & Associates<br>15559 Manchester Road<br>Ballwin, MO 63011-3001 | Dermatology & Laser Associates<br>10602 Corporate Drive<br>Suite A<br>Fort Wayne, IN 46845-1711 |
| Diversified Collection Services, Inc.<br>P.O. Box 9057<br>Pleasanton, CA 94566-9057 | Doyle & Foutty PC<br>41 E. Washington Street<br>Suite 400<br>Indianapolis, IN 46204-3517 | Dupont Hospital<br>15682 Collecions Center Drive<br>Chicago, IL 60693-0156 |
| Dupont Hospital<br>C/O Bank of America Processing Center<br>15682 Collections Center Drive<br>Chicago, IL 60693-0001 | Ear, Nose, Throat Associates<br>10021 Dupont Circle<br>Fort Wayne, IN 46825-1604 | Education Loan Servicing<br>1 CIT DR.<br>Livingston, NJ 07039-5703 |
| Edward Hospital<br>PO Box 4207<br>Carol Stream, IL 60197-4207 | Emergency Medicine of IN, LLC<br>P.O. Box 12617<br>Fort Wayne, IN 46864-2617 | FBCS<br>330 S. Warminster Rd.<br>Suite 353<br>Hatboro, PA 19040-3433 |

| | | |
|---|---|---|
| FWRadiology<br>4819 Solutions Center<br>Chicago, IL 60677-4008 | Forefront Dermatology<br>801 York Street<br>Manitowoc, WI 54220-4630 | Fort Wayne Neurology<br>P.O. Box 11789<br>Fort Wayne, IN 46860-1789 |
| Fort Wayne Radiology<br>Lockbox A20<br>PO Box 2601<br>Fort Wayne, IN 46801-2601 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 | Dennis G. Golden<br>822 Mill Lake Road<br>Fort Wayne, IN 46845-6400 |
| Great Lakes Higher Education<br>P.O. Box 7860<br>Madison, WI 53707-7860 | Hanger Orthopedic Group Inc<br>Cares Lockbox<br>62556 Collections Center Drive<br>Chicago, IL 60693-0625 | Tracey L. Howell-Barney<br>11212 Knollton Run<br>Fort Wayne, IN 46818-8522 |
| (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Indiana Physical Therapy<br>4251 Lahmeyer Road<br>Fort Wayne, IN 46815-5676 |
| Inquest Health System<br>P.O. Box 8857<br>Fort Wayne, IN 46898-8857 | Law office of David W. Edwards<br>1410 Industrial Park Rd., Ste 101<br>PO Box 910<br>Paris, TN 38242-0910 | Lincare Inc.<br>PO Box 105760<br>Atlanta, GA 30348-5760 |
| MSCB, Inc.<br>P.O. Box 1567<br>Paris, TN 38242-1567 | MedExpress Billing<br>ATTN #7964C<br>PO Box 14000<br>Belfast, ME 04915-4033 | Medical & Dental Business Bureau<br>333 E Washington Blvd<br>PO Box 11285<br>Fort Wayne, IN 46857-1285 |
| Medical Recovery Specialist, LLC<br>2250 E Devon Avenue<br>Suite 352<br>Des Plaines, IL 60018-4519 | Merchants Credit Guide<br>223 West Jackson Blvd., Suite 900<br>Chicago, IL 60606-6912 | Napervile Radiologist S.C.<br>6910 S Madison Street<br>Willowbrook, IL 60527-5577 |
| North Shore Agency-ND4<br>PO Box 9205<br>Old Bethpage, NY 11804-9005 | Oak Glen Community Association, Inc<br>429 E. Dupont Rd.<br>PMB 163<br>Fort Wayne, IN 46825-2051 | Orthepaedics Northeast, PC.<br>5050 North Clinton St.<br>Fort Wayne, IN 46825-5886 |
| Orthopaedics NorthEast, PC<br>P.O. Box 11782<br>Fort Wayne, IN 46860-1782 | Parkview Health<br>PO Box 10416<br>Des Moines, IA 50306-0416 | Premiere Credit of North America, LLC<br>P.O. Box 19309<br>Indianapolis, IN 46219-0309 |
| Professional Account Services, Inc.<br>P.O. Box 188<br>Brentwood, TN 37024-0188 | Professional Emergency Physicians<br>3640 New Vision Drive, Suite A<br>Fort Wayne, IN 46845-1717 | Professional Recovery Inc.<br>7319 West Jefferson Blvd.<br>Fort Wayne, IN 46804-6237 |

| | | |
|---|---|---|
| Redimed/QHG of Fort Wayne<br>15897 Collection Center Drive<br>Chicago, IL 60693-0001 | Martin E. Seifert<br>444 East Main Street<br>Fort Wayne, IN 46802-1911 | Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1100<br>Fort Wayne, IN 46802-2715 |
| Statewide Credit Association<br>P.O. Box 20508<br>Indianapolis, IN 46220-0508 | (p)STUCKY  LAUER & YOUNG  LLP<br>127 W BERRY ST STE 900<br>FORT WAYNE IN 46802-2300 | Summit Radiology, PC<br>Lockbox A29<br>PO Box 2603<br>Fort Wayne, IN 46801-2603 |
| Suntrust American Education Services<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | The Bank of New York Mellon<br>300 N Meridian St # 910<br>Indianapolis, IN 46204-1753 | Thomas Law Firm, P.C.<br>11623 Coldwater Road, Suite 104<br>Fort Wayne, IN 46845-1282 |
| Thomas Law Firm, P.C.<br>P.O. Box 80483<br>Fort Wayne, IN 46898-0483 | Tice Associates<br>1261 Kenmore Ave.<br>Buffalo, NY 14217-2856 | (p)TICE ASSOCIATES INC<br>PO BOX 646<br>BUFFALO NY 14217-0646 |
| Wells Fargo Dealer Services<br>P.O. Box 17900<br>Denver, CO 80217-0900 | X-OUT<br>95 Old Shoals Road<br>Dept. C<br>Arden, NC 28704-9401 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect<br>P.O. Box 1566<br>Manitowoc, WI 54221 | Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN  46204 | Stucky, Lauer & Young LLP<br>127 West Berry St<br>Suite 900<br>Fort Wayne, IN 46802 |
| Tice Associates Inc<br>1261 Kenmore Ave<br>Buffalo, NY 14217 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank of New York Mellon | (u)Transworld Systems Inc.<br>500 Virginia Drive<br>Suite 514<br>PA 19000 | End of Label Matrix<br>Mailable recipients    73<br>Bypassed recipients     2<br>Total                  75 |